%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

WENDY DEAN

V.

MARKET SQUARE SHOPPING CENTER, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:05cv755-W

TO: (Name and address of Defendant)

Market Square Shopping Center
c/o Registered Agent-Daniel F. Jackson, III
113 Hidden Glen Way
Dothan, Alabama 36303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edward I. Zwilling
Schwartz Zweben & Slingbaum
300 Office Park Drive, Suite 217
Birmingham, Alabama 35223
Telephone: (205) 871-8089
Facsimile: (205) 871-8091
Email: ezwilling@szalaw.com

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

_____   DATE   ____8-10-05____
CLERK

(By) DEPUTY CLERK