%AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8-16-05 |
| NAME OF SERVER (PRINT) George M. Tatom | TITLE Owner Tatom Claims Service Tax ID# 05-0526947 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Morris Realty, 113 Hidden Glen Way, Dothan, Al 36303

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Scott Markum, Property Manager, Market Square Shopping Center

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL 10.00 | SERVICES 50.00 | TOTAL $0.00  60.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-16-05
             Date

Signature of Server: George M. Tatom

Address of Server: 600 Owens St., Dothan, Al. 36301

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure