## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| WENDY DEAN, | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| vs. | )    CASE NO. CV-05-755-W |
| | ) |
| MARKET SQUARE SHOPPING | ) |
| CENTER, INC., | ) |
| | ) |
|     Defendant | ) |

### ENTRY OF APPEARANCE

COMES now Banks T. Smith, with the law firm of Hall, Smith, Prim & Freeman, P.A., and hereby enters his appearance on behalf of the Defendant, Market Square Shopping Center, Inc.

Submitted this the 26th day of August 2005.

                                            **s/ Banks T. Smith**
                                            BANKS T. SMITH (SMI 101)
                                            HALL, SMITH, PRIM & FREEMAN, P.A.
                                            P.O. Box 1748
                                            Dothan, Alabama 36302
                                            Tel: 334-793-3610
                                            Fax: 334-671-1843
                                            Email: bsmith@hallsmith.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been delivered via Electronic Mail to the following persons this the 26th day of August 2005:

Edward L. Zwilling, Esq.
Schwartz, Zweben & Slingbaum, LLP
300 Office Park Drive
Suite 217
Birmingham, AL 35223

                                            **s/ Banks T. Smith**
                                            BANKS T. SMITH