**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **WENDY DEAN,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO. CV-05-755-W** |
| | ) | |
| **MARKET SQUARE SHOPPING** | ) | |
| **CENTER, INC.,** | ) | |
| | ) | |
| **Defendant** | ) | |

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT

COMES now the Defendant in the above styled matter, by and through counsel, and respectfully requests this Honorable Court to allow it additional time for answering the Plaintiff's Complaint, and as grounds would state as follows:

1.    Prior to filing an answer in this case, the Defendant's representative, counsel, and architect, will all need to time to meet on site at the Defendant's business location in order to effectuate a proper answer to the Plaintiff's Complaint.  Said meeting cannot be reasonably scheduled within twenty (20) days, to properly file an response.

2.    Plaintiff's counsel has agreed to Defendant's extension to file its response.

Wherefore, Defendant prays that this Honorable Court will grant a 21-day extension to file a response in this matter.

Respectfully submitted this the 29th day of August 2005.

s/ Banks T. Smith
BANKS T. SMITH (SMI 101)
HALL, SMITH, PRIM & FREEMAN, P.A.
P.O. Box 1748
Dothan, Alabama 36302

Tel: 334-793-3610
Fax: 334-671-1843
Email: bsmith@hallsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been delivered via Electronic Mail to the following persons this the 29th day of August 2005:

Edward L. Zwilling, Esq.
Schwartz, Zweben & Slingbaum, LLP
300 Office Park Drive
Suite 217
Birmingham, AL 35223

**s/ Banks T. Smith**
BANKS T. SMITH