IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| WENDY DEAN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| v. | )    3:05cv755-T |
| | ) |
| MARKET SQUARE SHOPPING | ) |
| CENTER, INC., | ) |
| | ) |
|     Defendant. | ) |

ORDER

It is ORDERED that defendant's motion for extension of time (Doc. No. 6) is granted.

DONE, this the 30th day of August, 2005.

                            /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE