UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

WENDY DEAN,

    Plaintiff,

                                        CASE NO: 3:05cv755-T

vs.

MARKET SQUARE SHOPPING
CENTER, INC.

    Defendant.
_____/

## REPORT OF PARTIES' PLANNING MEETING

1.    Pursuant to Fed.R.Civ.P. 26(f), a meeting was held September 19, 2005, via telephone and was attended by:

    Edward I. Zwilling, counsel for Plaintiff.

    Banks T. Smith, counsel for the Defendant.

2.    Pre-Discovery Disclosures. The Parties will exchange the information required by Fed.R.Civ.P. 26(a)(1) by October 17, 2005.

3.    Discovery Plan. The parties jointly propose to the court the following discovery plan:

    a.    All discovery commenced in time to be completed by April 7, 2006;

    b.    A total of 30 Interrogatories and 30 Requests for Production by the Plaintiff and by the Defendant to any other party.

    c.    A total of 30 Requests for Admission by the Plaintiff and by the Defendant to any other party.

    d.    The parties have agreed to limit depositions to a total of six (6) on behalf of either party except by agreement of the parties or for good cause.

    e.    Each deposition shall be limited to a maximum of 6 hours unless extended by agreement of parties.

    f.    Reports from retained experts under Rule 26(a)(2) due:

    From Plaintiff by January 13, 2006.
    From Defendant by February 17, 2006.

    g.    The parties agree to supplement discovery pursuant to Rule 26(e).

4. Other items.

    a.    The parties <u>do not request</u> a conference with the court before entry of the Scheduling Order. To the extent the Court prefers to hold such a conference, the parties respectfully request that it be handled telephonically.

    b.    The parties request a pre-trial conference in July 2006.

    c.    Plaintiff should be allowed until October 28, 2005 to join additional parties and until October 28, 2005 to amend pleadings.

    d.    Defendant should be allowed until November 11, 2005 to join additional parties and until November 11, 2005 to amend pleadings.

    e.    All potentially dispositive motions should be filed by May 5, 2006.

    f.    As this matter has only recently been filed, settlement cannot be evaluated at this time, although the parties are hopeful that they will be able to reach an amicable resolution of this matter and will negotiate in good faith in this regard.

    g.    Final lists of witnesses and exhibits under Rule 26(a)(3) should be due

        From Plaintiff by thirty (30) days prior to trial.

        From Defendant by twenty (20) days prior to trial.

    h.    Parties should have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by August 2006, and at this time is expected to take approximately two days.

Dated this 20th day of September, 2005.

| | |
|---|---|
| Edward I. Zwilling, Esq. | Banks T. Smith, Esq. |
| Schwartz Zweben & Associates | Hall, Smith, Prim & Freeman, PA. |
| 300 Office Park Drive, Suite 217 | Post Office Box 1748 |
| Birmingham, Alabama, 35223 | Dothan, Alabama 36302 |
| Telephone: (205) 871-8089 | Telephone: (334) 793-3610 |
| Facsimile: (205) 871-8091 | Facsimile: (334) 671-1843 |
| Email: ezwilling@szalaw.com | Email: bsmith@hallsmith.com |
| By: s/ Edward I. Zwilling | By: s/ Banks T. Smith |
|     Edward I. Zwilling |     Banks T. Smith, Esq. |