UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

WENDY DEAN,

        Plaintiff,

                                        CASE NO: 3:05cv755-T

vs.

MARKET SQUARE SHOPPING
CENTER, INC.

        Defendant.

_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, WENDY DEAN, and Defendant, MARKET SQUARE SHOPPING CENTER, INC., by and through the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal With Prejudice. Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

WHEREFORE, the parties move this Court for the entry of the Final Order set forth below.

Dated this **15ᵗʰ** day of March 2006.

Respectfully submitted,

Edward I. Zwilling, Esq.  
Schwartz Zweben & Associates  
300 Office Park Drive, Suite 217  
Birmingham, Alabama, 35223  
Telephone: (205) 871-8089  
Facsimile: (205) 871-8091  
Email: ezwilling@szalaw.com

By: _____  
    Edward I. Zwilling

Banks T. Smith, Esq.  
Hall, Smith, Prim & Freeman, PA.  
Post Office Box 1748  
Dothan, Alabama 36302  
Telephone:   (334) 793-3610  
Facsimile:   (334) 671-1843  
Email:       bsmith@hallsmith.com

By: _____  
    Banks T. Smith, Esq.